# CRIMINAL COMPLAINT AFFIDAVIT

I, David J. Lowery, a Special Agent with the Federal Bureau of Investigation (FBI) have been employed as an agent since 2011. As an agent, I have been trained to investigate violations of federal law, to include violent crimes involving firearms. The purpose of this affidavit is to secure an arrest warrant for Gary Baldock. The facts in this affidavit come from my own information as well as information obtained from other agents and witnesses who were at the scene of the events described below at paragraph 2. The affidavit is intended to establish probable cause to believe that violations of federal law occurred and does not set forth all my knowledge of this matter.

1. On February 27, 2020, an arrest warrant was obtained for Gary Baldock following his indictment on the same day for a violation of 18 USC 241, Conspiracy to Violate Civil Rights in the Eastern District of Kentucky.

2. On March 6, 2020, at approximately 6:00 AM, FBI and other law enforcement personnel arrived at Baldock's residence on Mountain View Drive in Somerset, Kentucky to execute the arrest warrant. Upon arriving at the residence, law enforcement personnel activated the emergency lights on their vehicles. Using a loudspeaker, FBI personnel announced their presence, calling out to the residence and announcing Baldock's name multiple times. After Baldock would not respond, FBI personnel breached the front and rear doors to the residence. Agents outside the rear entry to the residence observed Baldock standing inside the residence with his hand on a holstered pistol. An agent repeatedly ordered Baldock to drop the gun while identifying himself as "FBI." Baldock then brandished the firearm and began shooting at the agents. An FBI agent was shot and wounded by Baldock during the exchange. FBI personnel were wearing identifying clothing that identified them as law enforcement personnel.

3. Based on the facts set forth above, there is probable cause to believe that Gary Baldock assaulted a federal law enforcement officer engaged in official duties in an aggravated manner through the use of a deadly weapon that caused bodily injury, and discharged a firearm during and relation to a crime of violence, in violation of 18 U.S.C. 111 and 924(c).

/s/ David Lowery w.p.b. Hanly A. Ingram
David J. Lowery
FBI Special Agent

Attested per Rule 4.1(b)(2)(A).

Honorable Hanly A. Ingram
United States Magistrate Judge